## IN THE CIRCUIT COURT OF ASHLEY COUNTY, ARKANSAS

DOYLE WALTON AND CAROLYN WALTON                                    PLAINTIFFS

V.                              NO. CU 2013-111-3          FILED FOR RECORD
                                                           Ashley County, Arkansas.
ALBERT K. MILLS, III. and                                  at 11:30 o'clock A: m
SAB, Inc.
                                                           DEFENDANTS SEP 20 2013

### COMPLAINT                                              VICKIE STELL, CIRCUIT CLERK
                                                           By_____DC

Plaintiffs, for their complaint, state:

1.   Plaintiffs are citizens and residents of Ashley County, Arkansas.

2.   Defendant Albert K. Mills, III is a citizen and resident of Arkansas. Defendant

SAB, Inc. is a foreign corporation with its principal place of business in Arkansas.  At all

relevant times, defendant Mills was an employee or agent of SAB, Inc. and SAB, Inc. is

vicariously liable for his actions.

3.   The events complained of herein occurred in Ashley County, Arkansas.

4.   The amount in controversy, exclusive of interest and costs, exceeds $75,000.00

5.   On April 26, 2013, plaintiff Doyle Walton was driving his vehicle north on U.S.

Highway 165 just north of Portland, Arkansas.  Plaintiff Carolyn Walton was a passenger in the

vehicle.   At the same time, defendant was driving a New Holland spray rig south on U.S.

Highway 165.

6.   The accident occurred at approximately 9:00PM in the evening.  It was dark.

7.   The spray rig which defendant was driving was a farm implement vehicle. It was

in excess of twelve (12) feet wide.

8.   As defendant approached the plaintiffs' vehicle, he suddenly turned on the field

-1-



lights on the spray rig.

9.      Plaintiff Doyle Walton was blinded by the field lights on the spray rig. The lights made it appear that the spray rig was on plaintiffs' side of the road. Plaintiff Doyle Walton swerved left to avoid defendant's vehicle. A collision occurred between the vehicles.

10.     The vehicle which defendant was driving exceeded 102 inches. It is a violation of statute under Ark. Code Ann. §27-35-206 to drive such a vehicle on a highway after dark without a permit. Defendant did not have a special permit to drive the vehicle on a highway at night.

11.     Defendant was driving the vehicle while intoxicated.

12.     Defendant was negligent in driving a vehicle exceeded 102 inches on a highway at night without a special permit and in suddenly turning on the field lights on the vehicle while approaching plaintiffs' vehicle.. Defendant was also negligent in driving while intoxicated.

13.     Defendant's negligence was the proximate cause of the accident and of plaintiffs' injuries.

14.     As a proximate result of defendant's negligence, plaintiffs have incurred medical expenses and will do so in the future, have lost wages and will do so in the future, have lost earning capacity, have scars and visible results of their injuries, have suffered pain and mental anguish and will do so in the future, and have suffered permanent injuries.

15.     Defendant knew or should have known, in light of the surrounding circumstances, that his conduct in driving while intoxicated would naturally and probably result in injury but he continued such conduct in reckless disregard of the consequences. Punitive damages should be imposed upon defendant in an amount to be determined by the jury.

16.     PLAINTIFFS DEMAND A TRIAL BY JURY.

WHEREFORE, plaintiffs pray judgment against defendant for compensatory damages in excess of $75,000.00 each, for punitive damages in an amount to be determined by the jury, for their costs and all other proper relief.

Respectfully submitted,

Timothy O. Dudley, #82055
114 South Pulaski Street
Little Rock, AR 72201
(501) 372-0080
Todudley@swbell.net

BY: _____

-3-