IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DOYLE WALTON and
CAROLYN WALTON                                                                                              PLAINTIFFS

v.                                       Case No. 1:13-cv-01081

ALBERT K. MILLS, III and
SAB, INC.                                                                                                      DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed June 6, 2014, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 19. Judge Bryant recommends that Plaintiff's Motion to Remand and Supplemental Motion to Remand be denied. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation in *toto*. Plaintiff's Motion to Remand (ECF No. 7) and Supplemental Motion to Remand (ECF No. 12) is **DENIED**.

**IT IS SO ORDERED**, this 24th day of June, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge

1